IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| LESLIE PARKER,<br>1902 Cameron Road<br>Hanover, Maryland 21046<br><br>　　　Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.<br>250 Parkcenter Boulevard<br>Boise, Idaho 83726<br><br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. _____<br>)<br>) Formerly C-02-CV-20-002105<br>)<br>) Circuit Court for Anne Arundel<br>) County, Maryland<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332, Defendant Albertsons Companies, Inc. d/b/a Safeway, Inc.[1] ("Defendant"), by its undersigned counsel, hereby notices the removal of this action to the United States District Court for the District of Maryland. As grounds for removal, Defendant states:

1.　　On November 13, 2020, Plaintiff, Leslie Parker ("Plaintiff"), through counsel, commenced this action against Defendant, by filing a Complaint in the Circuit Court for Anne Arundel County, Maryland, under Case No. C-02-CV-20-002105. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Circuit Court for Anne Arundel County, Maryland as of this date are attached hereto as **Exhibit A**.

---

[1] The Complaint incorrectly identifies Defendant as "Albertsons Companies, Inc. d/b/a "Safeway Community Market."

2. The Complaint alleges that Plaintiff sustained injury after a door closed unexpectedly on Plaintiff's wrist, hand, and fingers at the entrance of Defendant's store located at 7643 Arundel Mills Boulevard, Hanover, Maryland 21076 (the "Store").

3. The Complaint asserts a single count of negligence against Defendant.

## PROCEDURAL POSTURE

4. This action was initiated by Plaintiff on or about November 13, 2020.

5. The Complaint has not yet been served.

6. The Notice of Removal of this case to the United States District Court is timely filed pursuant to 28 U.S.C. § 1446(b)(2)(B) as Defendant has not yet been served.

## PARTIES

7. Plaintiff alleges that she is an individual residing in Prince George's County, Maryland. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of the State of Maryland.

8. Defendant Albertsons Companies, Inc. is a Delaware corporation with its principal place of business in Boise, Idaho. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Defendant is a citizen of Delaware and Idaho.

9. Albertsons Companies, Inc. is the only Defendant in this matter.

## JURISDICTION AND VENUE

10. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

11. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

    a) The district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-

        1. citizens of different State....

12. Plaintiff is a citizen of Maryland and Defendant is a citizen of Delaware and Idaho.

13. Plaintiff's Complaint seeks compensatory damages in excess of $75,000.00, exclusive of interest and costs.

14. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different States.

15. Venue is proper because this district encompasses the jurisdiction in which Plaintiff initiated her lawsuit and the jurisdiction in which the alleged incident occurred.

16. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal is being filed contemporaneously with the Clerk of the Circuit Court for Anne Arundel County, Maryland, and served on Plaintiff's counsel of record. A copy of the Notice of Filing of Notice of Removal, without exhibits, is attached hereto as **Exhibit B**.

17. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved to Defendant.

WHEREFORE, Defendant respectfully requests that this Notice of Removal be accepted and that the Circuit Court Action be removed to the United States District Court for the District of Maryland.

Dated: March 19, 2021

          Respectfully submitted,

          */s/ Ifeanyi O. Ezeigbo*
          Justin M. Cuniff (Bar No. 16689)
          Ifeanyi O. Ezeigbo (Bar No. 20658)
          KIERNAN TREBACH, LLP
          One Park Place, Suite 425
          Annapolis, Maryland 21401
          Tel   443-263-2800
          Fax  443-263-2935
          jcuniff@kiernantrebach.com
          iezeigbo@kiernantrebach.com
          **Counsel for Defendant Albertsons Companies, Inc.**

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LESLIE PARKER,** ) <br> 1902 Cameron Road ) <br> Hanover, Maryland 21046 ) <br> ) <br>     Plaintiff, ) <br> ) <br>                       ) <br> v.                       ) <br> ) <br> **ALBERTSONS COMPANIES, INC.** ) <br> 250 Parkcenter Boulevard ) <br> Boise, Idaho 83726 ) <br> ) <br> ) <br>     Defendant. ) <br>                             ) | Civil No. _____ <br><br> **Formerly C-02-CV-20-002105** <br><br> **Circuit Court for Anne Arundel County, Maryland** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2021, a copy of the foregoing Notice of Removal was sent via First-Class mail, postage prepaid, to:

    Shelia F. Bryant, Esq.
    Law Offices of Shelia F. Bryant
    9801 Appollo Drive, Suite 7625
    Upper Marlboro, MD 20772
    (240) 310-6951
    Email: askshelia2@gmail.com
    ***Counsel for Plaintiff***

                                        */s/ Ifeanyi O. Ezeigbo*
                                        Justin M. Cuniff (Bar No. 16689)
                                        Ifeanyi O. Ezeigbo (Bar No. 20658)
                                        KIERNAN TREBACH, LLP
                                        One Park Place, Suite 425
                                        Annapolis, Maryland 21401
                                        Tel   443-263-2800
                                        Fax   443-263-2935
                                        jcuniff@kiernantrebach.com
                                        iezeigbo@kiernantrebach.com
                                        ***Counsel for Defendant Albertsons Companies, Inc.***