IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | |
|---|---|
| LESLIE PARKER | *Complaint |
| Plaintiff | *Case No.: |
| 1902 Cameron Road | * C-02-CV-20-002105 |
| Hanover, Md. 21046 | * |
| V. | * |
| ALBERTSONS COMPANIES, INC | * |
| dba SAFEWAY COMMUNITY MARKET | * |
| 7643 Arundel Mills Blvd. | * |
| Hanover, Md. 21046 | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Plaintiff, Leslie Parker, and by and through her attorney, Gladys Weatherspoon, LAW OFFICE OF GLADYS WEATHERSPOON, LLC. and demands damages from the Defendant, ALBERTSONS COMPANIES, INC and its subsidiary SAFEWAY COMMUNITY MARKET and in support thereof states as follows in support of this lawsuit:

1. That the Plaintiff, Leslie Parker, is an adult citizen of the State of Maryland and a resident of Prince George's County.
2. That the Defendant, Albertsons Companies, Inc., hereinafter referred to as "Defendant," is a corporation doing business in Maryland, who owned and/or managed the premises known as Safeway Community Market.
3. That on or about November 22, 2017, the Plaintiff was shopping in the Safeway store located at 7643 Arundel Mills Blvd, Hanover, MD, a premises owned and managed by the Defendant, Albertsons Companies, Inc. At that same time and place, the swinging doors at the entrance/exit were working improperly. The doors closed unexpectantly and unpredictably on Plaintiff's wrist, hands and fingers, causing her severe injuries more fully described below.
4. Prior to the door malfunction, Defendant was on notice that the door was not working properly as the clerk who observed the malfunction and noted that the door had previously been identified as inoperable.

5. Solely as a result of the failure of the Defendant to properly maintain the swinging door at its premises, Plaintiff sustained serious and severe injuries to her person, including, but not limited to, the following injuries: contusions to her left wrist; irreparable damage to her fingers, hand and wrist; sprain to left wrist; crushing of left wrist and hand; post-traumatic pain in left wrist; anxiety; and other serious and severe personal injuries.

6. Solely as a result of the injuries aforementioned, the Plaintiff has incurred damages, including:
    a. Medical expenses;
    b. She has, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish due to her injury and inability to wear her wedding ring;
    c. She has, may, and probably will for an indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being, and equanimity; and
    d. Her overall health, strength, and vitality have been greatly impaired.

## COUNT I
## NEGLIGENCE OF THE DEFENDANT

7. The Plaintiff incorporates herein by reference hereto the allegations of paragraphs 1 through 6 above as if more fully set forth herein at length.

8. The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendant, Albertsons Companies, Inc., which consisted inter alia of the following particulars:
    a. Failing to properly supervise the common areas in question so as to furnish to the Plaintiff, Leslie Parker, a safe and accessible exit, free from hazards which were recognized or should have been recognized by Defendant, Albertsons Companies, Inc., as causing or likely to cause the serious physical harm to the Plaintiff, Leslie Parker, and others;
    b. Failing to maintain the above exit way in a safe condition to ensure that the Plaintiff would not be caused to crush her hand in the door as a result of the malfunction which existed and which were known and should have been known to the Defendant;

   c. Failing to properly inspect the exit way wherein the Plaintiff was caused to crush her hand as a result of not maintaining the swinging exit door;

   d. Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

   e. Failing otherwise to comply with the applicable laws and regulations of the State of Maryland and the applicable Federal laws and regulations;

   f. Otherwise failing to exercise the degree of care required under the circumstances; and

   g. Otherwise being negligent.

9. As a result of the aforesaid conduct and breach of care of the Defendant, Albertsons Companies, Inc., Plaintiff sustained the injuries, losses, and damages which were more fully described above, without any negligence of the Plaintiff contributing thereto.

WHEREFORE: Plaintiff demands judgment against Defendant of an amount more than $250,000.00 to be determined at trial, plus costs, pre-judgment interest, post-judgment interest, and for any further relief that this Honorable Court deems appropriate.

Respectfully submitted,

Gladys Weatherspoon
Law Office of Gladys Weatherspoon, LLC
1300 Mercantile Lane
Suite 100-N
Largo, Maryland, 20774
Phone 301-445-3300
gladys@weatherspoonfirm.com

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | |
|---|---|
| LESLIE PARKER | *Complaint |
| Plaintiff | *Case No.: |
| 1902 Cameron Road | * |
| Hanover, Md. 21046 | * |
| V. | * |
| ALBERTSONS COMPANIES, INC | * |
| dba SAFEWAY COMMUNITY MARKET | * |
| 7643 Arundel Mills Blvd. | * |
| Hanover, Md. 21046 | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2020 a copy of the document entitled Complaint was mailed by First Class mail, postage prepaid, to:

Albertsons Company d/b/a Safeway, Inc.

7643 Arundel Mills Blvd.

Hanover, MD. 21076

_____
Gladys M. Weatherspoon